IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FOUROUZA POURKAY, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 06-5539 |
| v. | : | |
| CITY OF PHILADELPHIA, et al, | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this **23rd** day of **June 2009**, upon consideration of Defendants' motion for summary judgment (doc. no. 36), it is hereby **ORDERED** that the motion shall be **GRANTED**;

**IT IS FURTHER ORDERED** that the case shall be marked **CLOSED**.

AND IT IS SO ORDERED.

EDUARDO C. ROBRENO, J.